**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ANDREW DAVID WETZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO:      09-7637** |
| **RODNEY J. STRAIN, JR. , ET. AL** | **SECTION: "C" (4)** |

## ORDER

Before the Court is a **Motion to Add Defendants and Amend the Complaint** (**R. Doc. 14**) in which the plaintiff seeks to add Richard Schwartz and Jack Hoftstadt as defendants in this case. The plaintiff alleges that they transported him with shackles which caused him to be placed in harms way

Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall be freely given when justice so requires." However, it "is by no means automatic." *Wimm v. Jack Eckerd Corp.*, 3 F.3d 137, 139 (5th Cir. 1993). Relevant factors to consider include "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, and futility of amendment." *Id.*

A review of the proposed allegations against the defendants reveal that the plaintiff has failed to allege any fact that would suggest the proposed defendants did something wrong. As a result, the Court finds that it would be futile to permit the proposed amendment.

Accordingly,

**IT IS ORDERED** that the plaintiff's **Motion to Add Defendants and Amend the Complaint** (**R. Doc. 14**) is hereby **DENIED**.

New Orleans, Louisiana, this 30th day of March 2010.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**