UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW DAVID WETZEL | CIVIL ACTION |
| VERSUS | NO: 09-7637 |
| RODNEY J. STRAIN, JR., GREGORY LONGINO, (UNKNOWN) REAGAN | SECTION: "C"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Andrew David Wetzel's 42 U.S.C. § 1983 claims against the defendants, St. Tammany Parish Sheriff Rodney Jack Strain, Jr., Warden Gregory Longino, and Deputy Reagan, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise fail to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 16th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE